**LEGAL AID SOCIETY OF ROCKLAND COUNTY, INC.**
2 Congers Road • New City, New York 10956

November 5, 2026

Hon. Sean H. Lane
United States Bankruptcy Court, S.D.N.Y.
One Bowling Green, Courtroom 701
New York, NY 10004

**VIA ECF**

Re: *In re Francine Keahon*, Case No. 26-22625-shl (Chapter 7)

Dear Judge Lane:

This firm represents the Debtor, Francine Keahon. The Debtor does not oppose the motion of NewRez LLC ("Movant"), for relief from the automatic stay as to 35 Parker Avenue, New City, New York, subject to the following modifications to the proposed order:

1. **In rem relief only.** The Debtor signed only the Mortgage, not the Note or the 2012 loan modification (Motion Ex. A). The order should state that it permits action against the Property only and does not authorize any action against the Debtor personally or create any personal liability or deficiency claim against her.

2. **Robert Keahon is deceased.** The motion treats Robert Keahon, the sole signatory of the Note, as a living non-filing co-borrower who was served. Mr. Keahon died on February 20, 2026, and, to the Debtor's knowledge, no personal representative has been appointed for his estate. The order should contain no finding that Mr. Keahon was served or is bound by it, and should reserve all rights of his estate, heirs, and distributees, including as to necessary parties, substitution, standing, limitations, and compliance with the CPLR and RPAPL in any state-court proceeding.

3. **No-opposition recital.** The recital that the Debtor, Debtor's counsel, the Chapter 7 Trustee, and the U.S. Trustee "have no opposition" should be revised to state that the Debtor has filed a statement of non-opposition subject to the modifications above.

Finally, we note that the Debtor does not concede the amount of Movant's claim or any allegation in the motion or supporting affirmation.

Respectfully submitted,

***s/Benjamin M. Adams***

Benjamin M. Adams Esq.
Legal Aid Society of Rockland County, Inc.
2 Congers Road, New City, NY 10956
Attorney for the Debtor

cc: Michael Chatwin, Esq., LOGS Legal Group LLP (via email)